UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:17-cr-37-01-JL |
| | ) | |
| CHRISTOPHER CLOUGH | ) | |

## UNITED STATES' INITIAL WITNESS LIST

The United States of America, by Scott W. Murray, United States Attorney for the District of New Hampshire, hereby submits its Initial Witness List for trial. In its case in chief, the government intends to call all or some of the following witnesses:

Kim Blackwood
FBI

Stacey Schendler
FBI

Bridget Horan
FBI

Sharon Hertz, M.D.
Food and Drug Administration

Andrew Ranck
Qlarant

Dori Lefebvre
NH Board of Medicine

Natalie Babich
Scottsdale, AZ

Kevin Flynn
Somersworth, NH

Jeffrey Pearlman
Oakland, NJ

Mackenzie Colby
Rochester, NH

Jeffrey Kyle
Dover, NH

Pamela Langlois
Newton, NH

Colleen Perry
Dover, NH

Mark Perry
Dover, NH

John Perusse
Rochester, NH

Melissa Perusse
Rochester, NH

Leah Clough
Salmon Falls Family Healthcare

Tiffany Cole
Salmon Falls Family Healthcare

Shelley McGlone
Dover, NH

John Schermerhorn, MD
East Kingston, NH

Kasey Talon
Nottingham, NH

Steve Toscano
Granite State Pain Associates

Nicole Wheeler
Granite State Pain Associates

Pam March
Granite State Pain Associates

The United States asks for leave to amend its witness list as may become appropriate and necessary during the proceeding.

                                                  Respectfully submitted,

                                                  SCOTT W. MURRAY
                                                  UNITED STATES ATTORNEY

Dated: December 4, 2018                By: /s/ Charles L. Rombeau
                                                  Seth R. Aframe
                                                  Charles L. Rombeau
                                                  Assistant United States Attorneys
                                                  53 Pleasant Street, 4th Floor
                                                  Concord, NH 03301
                                                  (603) 225-1552
                                                  seth.aframe@usdoj.gov
                                                  charles.rombeau@usdoj.gov


## **CERTIFICATION OF SERVICE**

I hereby certify that a copy of this filing has been served electronically, through ECF, on Pat Richard, Esq., counsel for the defendant, on today's date.

                                                  /s/ Charles L. Rombeau
                                                  Charles L. Rombeau
                                                  Assistant United States Attorney