UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA  )
                          )
vs.                       )
                          )   CR. NO.  17-CR-37-01-JL
CHRISTOPHER CLOUGH        )

_____

DEFENDANT'S INITIAL
WITNESS LIST
_____

NOW COMES the defendant, CHRISTOPHER CLOUGH, and by and through his counsel, Patrick J. Richard, hereby submits his Initial Witness List for trial.  The defendant intends to call all or some of the following witnesses:

Jessica Crane
Takeda Pharmaceuticals


Christopher Clough
Dover, NH


Dennis Driscoll
Lowell, MA

The defendant asks for leave to amend its witness list as may become appropriate and necessary during the

        Respectfully submitted
        CHRISTOPHER CLOUGH
        by his attorney,

        /s/ Patrick J. Richard

        Patrick J. Richard
        11 Kearney Square
        Lowell, MA. 01852
        (978) 458-4279

CERTIFICATION

I certify that a copy of the within Motion to Continue has been served upon Assistant United States Attorney Charles Rombeau via ECF on December 6, 2018.

/s/ Patrick J. Richard
_____
Patrick J. Richard