I am confused what the ~~legal~~ definition of "Limited Purpose Evidence" is?

"Limited purpose evidence" is evidence you may consider as proof of one thing, but not for another thing. There was only one instance of limited purpose evidence in the case.

The defendant testified that a witness told him about the effectiveness of Subsys. I instructed you that you ~~were~~ could consider that testimony as some proof of the defendant's understanding of the effectiveness of Subsys. But I told you that you could not consider that testimony as proof of the actual effectiveness of Subsys. This is an example of evidence admitted for a "limited purpose."

Joe Laplante
USDJ 3:26
12/17/18