Do we have access to FBI Agent Blackwood's report to the interview she conducted with Clough?

No. The interview report is not an exhibit in the case. Therefor, the jury does not have access to it.

Jo Laplante, USDJ
12/18/18