UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal Case No. 17-37-JL |
| ) | |
| v. ) | U.S DISTRICT COURT |
| ) | DISTRICT OF NEW HAMPSHIRE |
| CHRISTOPHER CLOUGH ) | DEC 1 2018 |
| ) | FILED |

## UNITED STATES' AMENDED EXHIBIT LIST

The United States of America, by Scott W. Murray, United States Attorney for the District of New Hampshire, hereby submits the Government's Exhibit List. The Government may use in its case-in-chief the following exhibits:

| Ex. | (Id) | Description |
|---|---|---|
| 100 | (id) | Letter from FDA to Insys |
| 101 | (id) | Subsys Medication Guide |
| 102 | (id) | TIRF REMS Access Program |
| 103 | (id) | TIRF REMS Prescriber Enrollment Form |
| 104 | (id) | TIRF REMS Patient-Prescriber Agreement Form |
| 105 | (id) | Subsys Label |
| 110 | (id) | Board of Medicine Proceedings Transcript Excerpt |
| 120 | (id) | Email March 28, 2013 Subject: Ride Along |
| 121 | (id) | Email April 2, 2013 Subject: Lost Opportunity |
| 122 | (id) | Email June 5, 2013 Subject: IMPORTANT – Hartford, Ct Daily REMS Report… |
| 123 | (id) | Email August 2, 2013 Subject: Clough/Manchester, NH Territory |
| 124 | (id) | Email March 11, 2013 Subject: "it can be done" |
| 130 | (id) | Picture of N. Levine and C. Clough |
| 131 | (id) | Email July 19, 2013 chain with C. Clough Resume and Speaker Nom Form |
| 132 | (id) | C. Clough Speaker Agreement |
| 133 | (id) | E-mail August 3, 2013 chain |
| 134 | (id) | Email Nov. 14, 2013 from J. Roper to N. Levine, et al. |
| 135 | (id) | Email May 6, 2014 from J. Roper to N. Levine, et al. |
| 136 | (id) | Letters of Medical Necessity  *136(a) Letter of Necessity - Jeff Kyle* |
| 137 | (id) | N. Levine Commissions Chart |
| 138 | (id) | Email April 12, 2013 from N. Levine |
| 140 | (id) | K. Flynn Sign-in Sheet Library Restaurant January 9, 2014 |
| 141 | (id) | K. Flynn and A. Carignan Sign-in sheet Abe & Louis Restaurant May 1, 2014 |
| 150 | (id) | Spreadsheet summary of payments to C. Clough |
| 151 | (id) | Checks to C. Clough |
| 152 | (id) | Spreadsheet of all C. Clough Subsys Prescriptions |

| 153 | (id) | Table of all C. Clough Subsys Prescriptions, ISPs, and Checks by Month |
| 154 | (id) | Chart of Prescriptions and ISPs |
| 155 | (id) | Stipulation Regarding Medicare Impact of Subsys prescriptions provided by C. Clough |
| 160 | (id) | Subsys Dispenser — physical |
| 161 | (id) | Box of Subsys Shipment — physical |
| 200 | (id) | Invite for Event at Ristorante Massimo in Portsmouth, NH on November 14, 2013 |
| 201 | (id) | Email to Clough for event with slides |
| 202 | (id) | Sign-In Sheet for N. Levine, C. Clough and S. Toscano |
| 203 | (id) | Levine Evaluation Form |
| 204 | (id) | Restaurant Receipt |
| 205 | (id) | Check No. 801 in amount of $1,200 |
| 206 | (id) | Photograph store front Ristorante Massimo |
| 300 | (id) | Invite for Event at Brazo in Portsmouth, NH on November 19, 2013 |
| 301 | (id) | Email to Clough for event with slides |
| 302 | (id) | Sign-In Sheet for N. Levine, C. Clough and K. Talon |
| 303 | (id) | Levine Evaluation Form |
| 304 | (id) | Restaurant Receipt |
| 305 | (id) | Check No. 935 in amount of $2,000 |
| 306 | (id) | Photograph restaurant Brazo |
| 400 | (id) | Invite for Event at Met Back Bay in Boston, MA on January 13, 2014 |
| 401 | (id) | Email to Clough for event with slides |
| 402 | (id) | Sign-In Sheet for N. Levine, C. Clough, L. Clough and P. March |
| 403 | (id) | Check No. 1550 in amount of $1,000 |
| 404 | (id) | Evaluation Form |
| 405 | (id) | Restaurant Receipt |
| 406 | (id) | Photograph restaurant Met Back Bay |
| 500 | (id) | Invite for Event at the Black Trumpet Wine Bar in Portsmouth, NH February 19, 2014 |
| 501 | (id) | Email to Clough for event with slides |
| 502 | (id) | N. Levine Evaluation Form |
| 503 | (id) | Sign-In Sheet for N. Levine |
| 504 | (id) | Sign-In Sheet for C. Clough |
| 505 | (id) | Sign-In Sheet for L. Clough |
| 506 | (id) | Restaurant Receipt |
| 507 | (id) | Check No. 2135 in the amount of $1,500 |
| 508 | (id) | Photograph restaurant Black Trumpet |
| 600 | (id) | Email to Clough for event with slides at Stella in Boston, Ma on March 11, 2014 |
| 601 | (id) | Sign-In Sheet for N. Levine |
| 602 | (id) | Sign-In Sheet for C. Clough |
| 603 | (id) | Sign-In Sheet for L.Clough |
| 604 | (id) | Restaurant Receipt |
| 605 | (id) | Check No. 2408 in the amount of $2,000 |
| 606 | (id) | N. Levine Evaluation Form |
| 607 | (id) | Photograph restaurant Stella |
| 700 | (id) | Invite for Event at Surf in Portsmouth, NH on July 28, 2014 |

Handwritten annotation after 155: (id) (156) Note from visit with Michael W 12/1/7

2

| 701 | (id) | Email to Clough confirming event |
|---|---|---|
| 702 | (id) | Levine Evaluation Form |
| 703 | (id) | Sign-In Sheet for N. Levine |
| 704 | (id) | Sign-In Sheet for C. Clough |
| 705 | (id) | Sign-In Sheet for J. Crane |
| 706 | (id) | Sign-In Sheet for T. Cole |
| 707 | (id) | Sign-In Sheet for S. McGlone |
| 708 | (id) | Restaurant Receipt |
| 709 | (id) | Check No. 25662 from Plan365 in the amount of $1,000 |
| 710 | (id) | Photograph restaurant Surf |
| 800 | (id) | Invite for Event at Jumpin' Jays in Portsmouth, NH on August 18, 2014 |
| 801 | (id) | Email to C. Clough confirming event |
| 802 | (id) | Levine Evaluation |
| 803 | (id) | Sign-In Sheet for N. Levine |
| 804 | (id) | Sign-In Sheet for C. Clough |
| 805 | (id) | Sign-In Sheet for E. Dowdey |
| 806 | (id) | Sign-In Sheet for S. Colby |
| 807 | (id) | Sign-In Sheet for N. Wheeler |
| 808 | (id) | Sign-In Sheet for S. McGlone |
| 809 | (id) | Restaurant Receipt |
| 810 | (id) | Check No. 26202 from Plan 365 in the amount of $1,000 |
| 811 | (id) | Photograph restaurant Jumpin Jay's |
| 900 | (id) | Email confirmation to Surf Restaurant in Portsmouth, NH on August 5, 2014 |
| 901 | (id) | Email with sign-in sheets |
| 902 | (id) | Restaurant Receipt |
| 903 | (ID) | Letter dated Aug 13th 2015 to Investigator Brown. |

The United States asks for leave to amend its exhibit list as may become appropriate and necessary during the proceeding.

Dated: December 12, 2018                Respectfully submitted,

                                        SCOTT W. MURRAY
                                        United States Attorney

                                        By: _____
                                        Charles L. Rombeau
                                        Seth R. Aframe
                                        Assistant United States Attorney
                                        53 Pleasant Street, 4th Floor
                                        Concord, NH 03301
                                        (603) 225-1552
                                        charles.rombeau@usdoj.gov
                                        seth.aframe@usdoj.gov

3

## CERTIFICATION

I hereby certify that a copy of this document has been served electronically on Pat Richard, Esq., counsel for defendant.

Charles L. Rombeau
Assistant United States Attorney