**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW HAMPSHIRE
55 Pleasant Street, Room 110
Concord, New Hampshire 03301-3941

**Office of the Clerk**

Daniel J. Lynch, Clerk of Court                                        Telephone: 603-225-1423
Tracy A. Uhrin, Chief Deputy Clerk                                     Web: www.nhd.uscourts.gov

March 29, 2021

Christopher Clough Reg. #15630-049
FMC Devens Camp
P.O. Box 879
Ayer, MA  01432

Re: <u>USA v. Christopher Clough</u>, Cr. No. 17-cr-37-01-JL

Dear Mr. Clough,

    I am writing in response to your letter received by the court on March 4, 2021, in which you request grand jury documents.  Any requests for relief in this court will need to be filed as a motion with the court stating what relief it is you are requesting.  I am enclosing a pro se litigant handbook that you may find helpful.

    As to your request under the Freedom of Information Act for letters written by the United States Attorney's Office and FBI reports, please note that the United States Judicial Branch is not subject to the Freedom of Information Act.  <u>See</u> 5 U.S.C. §§ 551(a)(B), 552(f).  Even so, the types of documents you are requesting are not generally maintained by the court.  Any documents available in the clerk's office would have to have been filed in a case or presented and admitted as an exhibit in a trial or hearing.  Documents filed in a case on the public docket are available to the public without the need to file a FOIA request.

                                    Very truly yours,

                                      Daniel J. Lynch, Clerk

                                      /s/Jadean Barthelmes
                                    By: _____
                                            Jadean Barthelmes
                                            Deputy Clerk

Enclosure