UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | 1:17-cr-37-01-JL |
| | ) | |
| CHRISTOPHER CLOUGH | ) | |

## UNITED STATES' EXHIBIT LIST

The United States of America, by John J. Farley, Acting United States Attorney for the District of New Hampshire, hereby submits its Exhibit List for the hearing scheduled on July 8, 2021. The government may utilize the following Exhibits:

| Ex. | (Id) | Description |
|---|---|---|
| 1 | (id) | Resume of J. Gavin Muir, MD |
| 2 | (id) | Bureau of Prisons Health Records of C. Clough through May 19, 2021 |
| 3 | (id) | Bureau of Prisons Health Records of C. Clough through July 6, 2021 |

Respectfully submitted,

JOHN J. FARLEY
ACTING UNITED STATES ATTORNEY

Dated: July 8, 2021

By: /s/ Charles L. Rombeau
Seth R. Aframe
Charles L. Rombeau
Assistant United States Attorneys
53 Pleasant Street, 4th Floor
Concord, NH 03301
(603) 225-1552
seth.aframe@usdoj.gov
charles.rombeau@usdoj.gov

## CERTIFICATION OF SERVICE

I hereby certify that a copy of this filing has been served via mail on the pro se defendant at the Bureau of Prisons

/s/ Charles L. Rombeau
Charles L. Rombeau
Assistant United States Attorney